IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 15-1536C

(Filed: December 18, 2015)

| | |
|---|---|
| LOCKHEED MARTIN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant,<br><br>and<br><br>OSHKOSH DEFENSE, LLC,<br><br>Defendant-Intervenor. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SCHEDULING ORDER

The court adopts the following scheduling order relating to proceedings on plaintiff's motion for a preliminary injunction, filed December 17, 2015, and regarding the submission of the administrative record for the case in chief:

| Event | Date |
|---|---|
| Defendant and defendant-intervenor's responses | January 6, 2016 |
| Plaintiff's reply | January 15, 2016 |
| Hearing at 10:00 am in the National Courts Building[*] | January 20, 2016 |
| Administrative record, in consideration of motions for judgment upon the administrative record | February 1, 2016 |

---

[*]The particular courtroom to be used will be posted in the lobby of the courthouse that morning.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge